UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California | RE:  **Victor Anthony Orosco**<br>       **Docket Number:  0972 1:08CR00037-001**<br>       <u>**REQUEST TO DISMISS PENDING**</u><br>       <u>**VIOLATION PETITION**</u> |

Your Honor:

On February 27, 2009, Victor Anthony Orosco was sentenced to 63 months imprisonment and a 36-month term of supervised release for a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of Ammunition (Class C Felony).  Supervision commenced on December 6, 2013, and on January 29, 2014, the offender was accepted into the Reentry Court program.  For the Court's information, a Probation Form 12A was sent to the Court on April 7, 2014, alleging illicit use of a controlled substance, along with the use of alcohol.

On August 29, 2014, the undersigned filed a Probation Form 12C, Petition for Warrant for Offender Under Supervision, alleging that the offender violated the conditions of supervised release by failing to notify the undersigned of a change in residence.  On September 2, 2014, the petition was granted and Senior United States District Court Judge Ishii ordered the issuance of a no-bail warrant.

On September 24, 2014, the offender was taken into custody.  His initial arraignment on the petition was continued until September 29, 2014, at which time he appeared before United States Court Magistrate Judge Oberto.  The offender was ordered to remain detained pending further order of the Court and the first status conference was calendared for October 21, 2014.

On October 1, 2014, the Reentry Court program met in Magistrate Judge Oberto's courtroom.  Significant discussion was devoted to the offender, who was present.  According to the offender, he suffered significant issues in a fractured relationship with his now former fiancée,

RE:     Victor Anthony Orosco
        Docket Number:   0972 1:08CR00037-001
        <u>REQUEST TO DISMISS PENDING VIOLATION PETITION</u>

as well as the loss of a family member.  He apologized for failing to report his change of residence, and he was verbally reprimanded by the Reentry Court team.

The Reentry Court team believes allowing the offender to continue in the Reentry Court program with a sanction of a commitment to the Turning Point Residential Reentry Center (RRC) for a period of up to 120 days is appropriate to hold the offender accountable for his actions.  It is hoped that the stability of the RRC, counseling services, and continued drug testing will allow the offender to return to the path he was taking toward becoming a productive member of society.

Along with this memorandum, the undersigned has also submitted a Probation Form 12B, Petition to Modify Conditions of Supervision With Consent, and a Probation Form 49, Waiver of Hearing.

Therefore, the undersigned formally requests that the petition signed on September 2, 2014, be dismissed without prejudice, also that further calendared hearings be vacated, and the offender be released from the custody of the United States Marshal.

Should Your Honor have any questions, please do not hesitate to contact the undersigned at the earliest convenience.

                                Respectfully submitted,
                                /s/ Ross Micheli

                                United States Probation Officer

Dated:    October 7, 2014
          Fresno, California
          RM
                    /s/ Tim Mechem
**REVIEWED BY:**       **Tim Mechem**
                       **Supervising United States Probation Officer**

2

**RE:**   **Victor Anthony Orosco**
  **Docket Number:   0972 1:08CR00037-001**
  **REQUEST TO DISMISS PENDING VIOLATION PETITION**

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:   **October 16, 2014**          **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

Attachment(s)

cc:

Honorable Sheila K. Oberto

Assistant United States Attorneys: Kimberly A. Sanchez and Kevin P. Rooney

Assistant Federal Defenders: Victor M. Chavez and Ann McGlenon